# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

156224(47)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

FJN LLC, GINO'S SURF, FRANKS
HOLDING, LLC, FRANK NAZAR, SR., and
FRANK NAZAR, JR.
             Plaintiffs-Appellants,

v                                                           SC: 156224
                                                            COA: 331889
                                                            Macomb CC: 2012-002006-CZ
VIJAY PARAKH and CHARTER TOWNSHIP
of HARRISON,
             Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's February 20, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

VIVIANO, J., not participating due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



a0521

Clerk